**Electronically Filed
Supreme Court
SCEC-22-0000515
19-SEP-2022
09:15 AM
Dkt. 22 ODMR**

SCEC-22-0000515

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RALPH CUSHNIE, Plaintiff,

vs.

STATE OF HAWAIʻI - CHIEF ELECTION OFFICER, Defendant.

_____

ORIGINAL PROCEEDING

<u>ORDER DENYING MOTION FOR RECONSIDERATION AND FOR ORAL ARGUMENT</u>
(By: Nakayama, Acting C.J., McKenna, Wilson, and Eddins, JJ., and
Circuit Judge Johnson, in place of Recktenwald, C.J., recused)

Upon consideration of the motions for oral argument and for reconsideration of the September 6, 2022 Findings of Fact, Conclusions of Law, and Judgment, which was timely filed on September 15, 2022 by Plaintiff Ralph Cushnie, and the record in this matter, the court has not overlooked or misapprehended points of law or fact. <u>See</u> Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40(b). Accordingly, it is ordered that the motion for reconsideration is denied.

It is further ordered that the motion for oral argument is denied.

DATED: Honolulu, Hawaiʻi, September 19, 2022.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Ronald G. Johnson